# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>**Plaintiff (Petitioner)**<br><br>v.<br><br>BARBARA L. MARQUART, ET AL,<br>**Defendant (Respondent)** | CASE and/or DOCKET No.: 17-04928<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS & COMPLAINT**

I, DENISE HINKLE, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served BARBARA L. MARQUART the above process on the 14 day of January, 2018, at 7:26 o'clock, PM, at 203 CASWALLEN DR WEST CHESTER, PA 19380, County of Chester, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age <u>51-55</u>  Height <u>5'4"</u>  Weight <u>150</u>  Race <u>WHITE</u>  Sex <u>FEMALE</u>  Hair <u>BROWN</u>
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of <u>Pa</u>                    )
                                                  ) SS:
County of <u>Berks</u>                             )

Before me, the undersigned notary public, this day, personally, appeared <u>Denise Hinkle</u> to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_(Signature of Affiant)_

File Number: USA-175333
Case ID #: 5082414

Subscribed and sworn to before me
this <u>16</u> day of <u>JAN</u>, 20<u>18</u>

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021