### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BARBARA L. MARQUART** | : | **NO. 17-4928** |

### ORDER

**NOW**, this 2nd day of April, 2018, upon consideration of the parties' Stipulation to Extend Time (Document No. 3), it is **ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that defendant shall respond to the complaint no later than **April 16, 2018**.

/s/TIMOTHY J. SAVAGE